**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CAREERBUILDER LLC,<br><br>        Plaintiff,<br>v.<br><br>GEOTAG INC.,<br><br>        Defendant. | C.A. No. 12-849 (RGA) |

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and subject to the approval of the Court, that the above-entitled action, including all claims shall be dismissed with prejudice pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii).  Each party shall bear its own costs and attorneys' fees.

Dated: October 15, 2012

By:   */s/ Jack B. Blumenfeld*
        Jack B. Blumenfeld (I.D. #1014)
        MORRIS, NICHOLS, ARSHT
            & TUNNELL LLP
        1201 North Market Street
        Wilmington, DE 19801
        (302) 658-9200
        jblumenfeld@mnat.com
        *Attorneys for Plaintiff Careerbuilder LLC*

By:   */s/ Kenneth L. Dorsney*
        Kenneth L. Dorsney (I.D. #3726)
        MORRIS JAMES LLP
        500 Delaware Avenue, Suite 1500
        Wilmington, DE 19801
        (302) 888-6800
        kdorsney@morrisjames.com
        *Attorneys for Defendant GeoTag Inc.*

**SO ORDERED** this _____ day of _____, 2012.

_____
United States District Court Judge