IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CAREERBUILDER LLC,

    Plaintiff,

v.

GEOTAG INC.,

    Defendant.

C.A. No. 12-849 (RGA)

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and subject to the approval of the Court, that the above-entitled action, including all claims shall be dismissed with prejudice pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

Dated: October 15, 2012

By: _/s/ Jack B. Blumenfeld_
Jack B. Blumenfeld (I.D. #1014)
MORRIS, NICHOLS, ARSHT
    & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
jblumenfeld@mnat.com
*Attorneys for Plaintiff Careerbuilder LLC*

By: _/s/ Kenneth L. Dorsney_
Kenneth L. Dorsney (I.D. #3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
*Attorneys for Defendant GeoTag Inc.*

SO ORDERED this 15th day of October, 2012.

_____
United States District Court Judge